UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AT&T WIRELESS SERVICES, INC., and AT&T WIRELESS PCS, LLC,<br><br>       Plaintiff(s),<br><br>   v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>       Defendant(s). | NO. C01-1153P<br><br>ORDER RETURNING CASE TO ACTIVE LIST and FOR JOINT STATUS REPORT |

The Court is in receipt of the Joint Status Report filed by the parties on June 10, 2005 (Dkt. No. 80). It is apparent from the narrative of procedural events contained in the report that the previously-entered dismissal of the underlying cases has been reversed. The Court interprets this to mean that it is therefore appropriate to re-activate the instant action off the list of stayed cases and proceed forward. With that in mind, the Court makes the following rulings:

IT IS HEREBY ORDERED that the stay in the above-entitled matter is lifted and the case is restored to active status.

IT IS FURTHER ORDERED that the parties will submit a joint status report to the Court on the following schedule:

ORDER RETURNING CASE
TO ACTIVE STATUS

| | |
|---|---|
| Deadline for FRCP 26(f) Conference (if necessary): | **July 1, 2005** |
| Initial Disclosures Pursuant to FRCP 26(a)(1) (if necessary): | **July 8, 2005** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16: | **July 15, 2005** |

The Court notes that, while the parties titled their previous submission a "Joint Status Report," it contained none of the information required by the Court to chart the course of the case (proposed methods of ADR, proposed discovery plan, length of time for trial, etc.) from this point forward. The Court expects the next JSR to cover those issues and any others pertinent to the management of this matter.

Filed this 16th day of June, 2005.

*[signature]*

Marsha J. Pechman
U.S. District Judge

ORDER RETURNING CASE
TO ACTIVE STATUS