UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AT&T WIRELESS SERVICES, INC., and
AT&T WIRELESS PCS, LLC,

    Plaintiff(s),

  v.

FIREMAN'S FUND INSURANCE COMPANY, et al.,

    Defendant(s).

NO. C01-1153P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The order previously entered on June 16, 2005 (Dkt. No. 81) returning this case to active status is hereby STRICKEN. The stay in this action will be continued for an additional six months, until **January 9, 2006.** The parties are ordered to submit a status report in this matter by no later than January 5, 2006

Filed this 7th day of July, 2005.

BRUCE RIFKIN, Clerk

By \s Mary Duett
Deputy Clerk

MINUTE ORDER