UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AT&T WIRELESS SERVICES, INC., et al.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>        Defendant(s). | NO. C01-1153P<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the parties' Joint Status Report and Request for Additional 120-Day Stay (Dkt. No. 86), and enters the following ruling:

IT IS HEREBY ORDERED that this matter be STAYED for an additional 120 days, until May 9, 2006.

IT IS FURTHER ORDERED that, if the matter has not been resolved by that date, it must either proceed forward to trial or be dismissed. There will be no further stays or continuances.

Filed this 10th day of January, 2005.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
       Deputy Clerk

MINUTE ORDER