JUDGE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AT&T WIRELESS SERVICES, INC., and AT&T WIRELESS PCS, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> FIREMAN'S FUND INSURANCE COMPANY; EMPLOYERS INSURANCE OF WAUSAU; TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; FEDERAL INSURANCE COMPANY; THE AMERICAN INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; INTERNATIONAL INSURANCE COMPANY; GREENWICH INSURANCE COMPANY; ROYAL INSURANCE COMPANY OF AMERICA; INSURANCE COMPANY OF NORTH AMERICA; TIG INSURANCE COMPANY and NATIONAL SURETY CORPORATION, <br><br> Defendants. | NO. C01-1153P <br><br> ORDER GRANTING DEFENDANT EMPLOYERS INSURANCE OF WAUSAU COMPANY'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND THIRD PARTY COMPLAINT |

THIS MATTER having come on for hearing before the undersigned judge of the above captioned court on Defendant Employers Insurance of Wausau's Motion for Leave to File an Amended Answer and Third Party

Complaint, and the Court having considered the materials submitted in support of and in opposition to the motion, the files and pleadings herein, now, therefore,

IT IS HEREBY ORDERED that Defendant Employers Insurance of Wausau's Motion for Leave to File an Amended Answer and Third Party Complaint is granted and Defendant Employers Insurance of Wausau's Amended Answer and Third Party Complaint may be filed in the form attached to its motion.

DATED this __25th__ day of July, 2006.

__/s Marsha J. Pechman_____
UNITED STATES DISTRICT JUDGE

Presented by:

WILSON SMITH COCHRAN DICKERSON

By _/s/ Sally E. Metteer_____
    Dennis Smith, WSBA# 5822
    Sally E. Metteer, WSBA# 20869
    of Attorneys for Defendant Employers
    Insurance of Wausau Company