UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AT&T WIRELESS SERVICES, INC., et al.,

Plaintiff(s),

v.

FIREMAN'S FUND INSURANCE COMPANY, et al.,

Defendant(s).

NO. C01-1153MJP

ORDER RE: PHASE I CLAIMS

The above-entitled Court, having received and reviewed the parties' Stipulation and [Proposed] Order Staying Phase I Duty to Defend Claims (Dkt. No. 134), enters the following order:

IT IS HEREBY ORDERED that the Phase I claims are DISMISSED without prejudice, and any refiling of such claims shall be in the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that the parties shall file a Joint Status Report regarding the Phase II claims of this litigation by no later than **June 14, 2007.**

The clerk is directed to provide copies of this order to all counsel of record.

Dated: May _14_, 2007

_____
Marsha J. Pechman
U.S. District Judge

**ORDER ON
PHASE I CLAIMS - 1**